ASH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdul Bari Hakimi,<br><br>                 Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>                 Respondents. | No.   CV-26-01364-PHX-JCH (JFM)<br><br>**ORDER TO SHOW CAUSE** |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) Petitioner has also filed a Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 2). The Court will require Respondents to show cause why the Petition should not be granted.[1]

Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant likelihood of his removal in the reasonably foreseeable future because he has been granted withholding of removal. (Doc. 1.)

Respondents must show cause as to why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

---

[1] Because the Court is directing Respondents to promptly show cause why the Petition should not be granted, the Court finds Petitioner is not entitled to preliminary relief at this juncture. Therefore, the Court will deny the Motion without prejudice.

**IT IS ORDERED:**

(1) Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **denied without prejudice**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must show cause no later than **March 5, 2026**, why the Petition should not be granted.

(6) Petitioner may file a reply no later than **March 6, 2026**.

Dated this 27th day of February, 2026.

John C. Hinderaker
United States District Judge