# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abdul Bari Hakimi, | No. CV-26-01364-PHX-JCH (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action challenging his immigration detention. Petitioner argues his detention is unconstitutionally prolonged under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and there is no significant likelihood of his removal in the reasonably foreseeable future because he has been granted a withholding of removal. The Court directed Respondents to show cause why Petitioner's petition should not be granted as to his Zadvydas claim. (Doc. 3.) Respondents' response stated:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim. Any remaining portions of the Petition will be denied as moot.

///

///

Accordingly,

**IT IS ORDERED granting** the Petition for Writ of Habeas Corpus (Doc. 1) as to Petitioner's *Zadvydas* claim. The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** that Respondents must immediately release Petitioner from custody on an order of supervision under 8 U.S.C. § 1231(a)(3).

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 25th day of March, 2026.

John C. Hinderaker
United States District Judge